D. Graham Botha
General Counsel
Guam Power Authority
688 Route 15, Suite 302
Mangilao, Guam 96913
Tel: 648-3203/3002
Fax: 648-3290
E-mail: gbotha@gpagwa.com



**FILED**
DISTRICT COURT OF GUAM
FEB 10 2020
JEANNE G. QUINATA
CLERK OF COURT

# UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| **UNITED STATE OF AMERICA,** | CIVIL CASE NO. 20-CV-00007 |
| Plaintiff, | |
| vs. | ENTRY OF APPEARANCE |
| **GUAM POWER AUTHORITY** and **MARIANAS ENERGY COMPANY, LLC.,** | |
| Defendants. | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Guam Power Authority and Marianas Energy Company, L.L.C.

Date: February 7, 2020.

*[signature]*

D. Graham Botha GU89-003
General Counsel
Guam Power Authority